UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JENNIFER HICKMAN | |
| Plaintiff, | Case No. 2:21-cv-00125-TLS-JPK |
| -v- | Judge Theresa L. Springmann |
| SEQUIUM ASSET SOLUTIONS, LLC | Judge Joshua P. Kolar |
| Defendant. | |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Jennifer Hickman, and Defendant, Sequium Asset Solutions, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 20th day of April, 2021.           Respectfully Submitted,

                                                                               */s/ Taxiarchis Hatzidimitriadis*
                                                                               Taxiarchis Hatzidimitriadis
                                                                               CONSUMER LAW PARTNERS, LLC
                                                                               333 N. Michigan Ave., Suite 1300
                                                                               Chicago, IL 60601
                                                                               (267) 422-1000 (phone)
                                                                               (267) 422-2000 (fax)
                                                                               teddy@consumerlawpartners.com

                                                                               *Attorney for Plaintiff, Jennifer Hickman*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Northern District of Indiana on this 20th day of April, 2021. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF filing system.

                                               */s/ Taxiarchis Hatzidimitriadis*
                                               Taxiarchis Hatzidimitriadis
                                               CONSUMER LAW PARTNERS, LLC